```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                 :

BERNARDA M. GONZALEZ, *et al.*,         :

                                                 :

                                  Plaintiff,   :
                                                 :              1:25-cv-1182-GHW

                -against-                     :

                                                 :                ORDER

DIMAS DEMOYA,                              :

                                                 :

                                 Defendant.   :

                                                 :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated February 13, 2025, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than February 25, 2025. The Court received a proposed case management plant but has not received the joint status letter. The parties are directed to comply with the Court's February 13, 2025 order forthwith and in any event no later than February 28, 2025.

      SO ORDERED.

Dated: February 27, 2025
      New York, New York

                                                                           GREGORY H. WOODS
                                                                   United States District Judge